# IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| vs. | : CRIMINAL NO.: 20-00162-JB-MU |
| KESSLER JOSEPH STEWART | : |

## REPORT AND RECOMMENDATION
## CONCERNING PLEA OF GUILTY

The Defendant, Kessler Joseph Stewart, by consent, has appeared before the undersigned pursuant to Rule 11 of the Federal Rules of Criminal Procedure, by video, and has entered a plea of guilty to **Count(s) One** of the Indictment charging a violation of Title 18 U.S.C. § 922(g)(1) – Possession of a Firearm by a Prohibited Person**.**

After cautioning and examining the Defendant under oath concerning each of the subjects mentioned in Rule 11, the Court determined that the guilty plea was knowledgeable and voluntary, and the offense(s) charged is supported by an independent basis in fact as to each of the essential elements of such offense. The Court therefore recommends that the plea of guilty be accepted and that Defendant Kessler Joseph Stewart be adjudged guilty and have sentence imposed accordingly.

DONE and ORDERED this 14th day of January, 2021.

> s/P. BRADLEY MURRAY
> UNITED STATES MAGISTRATE JUDGE

## NOTICE TO PARTIES

A party has fourteen days from this date to file written objections to the Report and Recommendation's factual findings and legal conclusions. A party's failure to file written objections waives that party's right to challenge on appeal any unobjected-to factual finding or legal conclusion the district judge adopts from the Report and Recommendation. See 11th Cir. R. 3-1.