## IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

UNITED STATES OF AMERICA          :

vs.                               :  CRIMINAL NO.: 20-00162-JB-MU

KESSLER JOSEPH STEWART            :

## ACCEPTANCE OF GUILTY PLEA
## AND ADJUDICATION OF GUILT

Pursuant to the Report and Recommendation of the United States Magistrate Judge (Doc. 24) and without any objection having been filed by the parties, the plea of guilty of the Defendant to Count(s) One of the Indictment is now accepted and the Defendant is adjudged guilty of such offense. A sentencing hearing has been scheduled for **April 12, 2021, at 9:30 a.m**.

**DONE and ORDERED** this 1st day of February 2021.

                              s/JEFFREY U. BEAVERSTOCK
                              UNITED STATES DISTRICT JUDGE